140

AURELIO RODRIGUEZ, PETITIONER-RESPONDENT, v. MICHAEL A. SCATUORCHIO, INC., RESPONDENT-PETITIONER.

See same case below: 42 *N. J. Super.* 341.

*Messrs. Shaw, Pindar, McElroy & Connell* for the petitioner.

*Mr. Herbert Klosk* and *Mr. Louis C. Jacobson* for the respondent.

January 14, 1957. Denied.

POINT PLEASANT MANOR BUILDING CO., PLAINTIFF-PETITIONER, v. ARTHUR F. BROWN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 42 *N. J. Super.* 297.

*Mr. Robert J. Riddle* and *Mr. Abraham Natovitz* for the petitioner.

*Mr. Edward W. Haines* and *Mr. Harold A. Schuman* for the respondents.

January 14, 1957. Denied.